686 A.2d 1186

IN THE MATTER OF GERARD J. GILLIGAN,
AN ATTORNEY AT LAW.

January 15, 1997.

## ORDER

The Disciplinary Review Board on September 13, 1996, having filed with the Court its decision concluding that **GERARD J. GILLIGAN** of **CEDAR GROVE,** who was admitted to the bar of this State in 1980, should be reprimanded for violating *RPC* 8.4(b), respondent having been convicted of violating *N.J.S.A.* 2C:14–4, a disorderly persons offense, and good cause appearing;

It is ORDERED that **GERARD J. GILLIGAN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.